No. 91–1631. ST. MARY'S HOSPITAL, INC. *v.* ARKANSAS BLUE CROSS & BLUE SHIELD. C. A. 8th Cir. Certiorari denied.

No. 91–1637. ALFRED *v.* UNITED PARCEL SERVICE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1638. EVANS *v.* CITY OF TULSA. C. A. 10th Cir. Certiorari denied.

No. 91–1639. NELSON *v.* OFFICE OF SAM NUNN; NELSON *v.* OFFICE OF WYCHE FOWLER; and NELSON *v.* OFFICE OF RICHARD RAY. C. A. 11th Cir. Certiorari denied.

No. 91–1643. SIMON WIESENTHAL CENTER FOR HOLOCAUST STUDIES ET AL. *v.* MCCALDEN, ADMINISTRATOR OF ESTATE OF MCCALDEN; and

No. 91–1699. MCCALDEN, ADMINISTRATOR OF ESTATE OF MCCALDEN *v.* SIMON WIESENTHAL CENTER, INC., ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 955 F. 2d 1214.

No. 91–1652. DIAZ REYES ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–1653. H. J. INC. ET AL. *v.* NORTHWESTERN BELL TELEPHONE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–1662. JADER FUEL CO., INC. *v.* WILLIAMS. C. A. 7th Cir. Certiorari denied.

No. 91–1676. KNIGIN *v.* MANGANO, INDIVIDUALLY AND AS PRESIDING JUSTICE OF THE APPELLATE DIVISION OF THE STATE OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 91–1683. POLYAK *v.* HULEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–1685. TIMMS *v.* COUGHLIN, ACTING POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.